UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAREY ACKIES, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Respondent. )<br>) | 2:20-cv-00457-GZS<br>Docket no. 2:16-cr-00020-GZS |

**ORDERING AFFIRMING RECOMMENDED DECISON**

On May 11, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 298). On May 24, 2022, Petitioner filed his Objection to the Recommended Decision (ECF No. 299). Petitioner thereafter was granted leave to supplement his objection to add relevant documents for the Court's consideration (ECF Nos. 300 & 301).

The Court has reviewed and considered both the Objection and the supplemental filings made by Petitioner, along with the entire record. Having made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, the Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 298) is hereby **AFFIRMED**.
2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.

3. Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 274) is hereby **DENIED**.

A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 9th day of June, 2022.